IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * CRIMINAL NO. 22-00132-TFM |
| KENNY PATTERSON, | * |
| Defendant. | * |

## ORDER ON MOTION TO CONTINUE

The Court **GRANTS** Defendant Patterson's unopposed Motion to Continue (Doc. 15) and continues the trial to the **February 2023** trial term. The Court also CANCELS the Pretrial Conference presently set for October 11, 2022.

Based on the contents of the Motion (Doc. 15), together with information counsel supplied by email to endorse the reset to February rather than January as set out in the motion, the undersigned finds that the ends of justice served by continuing this action to the next criminal term outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Specifically, the continuance is warranted to enable counsel to engage in effective preparation for the trial or reach a pretrial resolution of this matter. 18 U.S.C. § 3161(h)(7)(A).  The Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B) and concludes that the continuance is warranted.

This case is hereby CONTINUED to the February 2023 criminal term.  For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).  Defendant has already filed a Speedy Trial waiver which recognizes the February reset month. (Doc. 18).

The Court requests the Clerk to set this for a pretrial conference with the undersigned in January 2023.

ORDERED this the 3rd day of October, 2022.

                                                s/P. BRADLEY MURRAY
                                                **UNITED STATES MAGISTRATE JUDGE**